

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

February 25, 2025

Application GRANTED. The conference scheduled for March 5, 2025 is ADJOURNED *sine dine*. The Clerk of Court is directed to terminate ECF No. 23.

**BY ECF**

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dated: February 26, 2025
New York, New York

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re: *R & J Food Corp., et al. v. United States of America*, No. 24 Civ. 8034 (JGLC)

Dear Judge Clarke:

This Office represents the government in the above-referenced action in which Plaintiffs seek *de novo* review of the United States Department of Agriculture, Food and Nutrition Service's decision to disqualify Plaintiff R & J Food Corp. (the "Store") for six months from participating in the Supplemental Nutrition Assistance Program ("SNAP") after finding that Store personnel had accepted SNAP benefits in exchange for ineligible items. I write respectfully to request that the initial pretrial conference scheduled for March 5, 2025 (and the parties' pre-conference submissions) be adjourned *sine die* in contemplation of the parties filing, by April 4, 2025, and pursuant to Section 4.k of Your Honor's Individual Rules and Practices, a "single letter motion, jointly composed, no longer then five pages, explaining the nature of the [discovery] dispute, and, if applicable, requesting an informal conference."

By way of background, the government filed its answer to the complaint yesterday, *see* ECF No. 22, and will be serving plaintiffs with a copy of the certified administrative record by the end of this week. The parties have conferred and disagree regarding whether this Court may decide temporary disqualification in SNAP cases without discovery based on the certified administrative record (which contains the evidence that the agency used to temporarily disqualify the store). The adjournment of the initial pretrial conference will allow time for the government to serve the certified administrative record on plaintiffs and, if the parties continue to disagree on the appropriateness of proceeding via pre-discovery cross-motions for summary judgment, prepare the single letter motion referenced above. This is the government's second request for an adjournment of the conference. The Court granted the prior request. Plaintiffs consent to the requested relief.

I thank the Court for its consideration of this letter.

                              Respectfully submitted,

                              MATTHEW PODOLSKY
                              Acting United States Attorney for the
                              Southern District of New York
                              *Attorney for Defendant*

By:   */s/ Joseph A. Pantoja*
       JOSEPH A. PANTOJA
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2786
       E-mail: joseph.pantoja@usdoj.gov

cc: Plaintiffs' counsel (by ECF)