UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R&J FOOD CORP., a New York Corporation;
KELVI INFANTE, an Individual; and JOHNNY
ALMONTE, an Individual,

                             Plaintiffs,

                    -against-

UNITED STATES OF AMERICA,

                             Defendant.

24-CV-8034 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

        By **April 21, 2025**, parties are directed to submit an update regarding the dispute in ECF

No. 24. If parties intend to proceed with discovery, parties shall file the pre-conference

submissions and the Court will set a conference date after receiving the submissions. Otherwise,

parties shall propose a briefing schedule for cross-motions for summary judgment.

Dated:  April 2, 2025
        New York, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge