Case 7:24-cv-08034-JGLC   Document 34   Filed 05/27/25   Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

May 22, 2025

**BY ECF**

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *R & J Food Corp., et al. v. United States of America*, No. 24 Civ. 8034 (JGLC)

Dear Judge Clarke:

    This Office represents the government in the above-referenced action in which Plaintiffs seek *de novo* review of the United States Department of Agriculture, Food and Nutrition Service's decision to disqualify Plaintiff R & J Food Corp. (the "Store") for six months from participating in the Supplemental Nutrition Assistance Program ("SNAP") after finding that Store personnel had accepted SNAP benefits in exchange for ineligible items.

    On behalf of the government, I write respectfully to request an adjournment of the conference currently scheduled for Wednesday May 28, 2025, at 12:00 p.m., to another time convenient to the Court and parties. The reason for this request is that I have another conference scheduled earlier in the day in a bankruptcy matter, which may not be concluded by 12:00 p.m. Plaintiffs consent to the adjournment.

    Should the Court grant this request, the parties are available June 2 or 3, 2025, any time before 2:00 p.m., and June 3 and 4, 2025, all day. Plaintiffs' counsel has also indicated that he will be away from his office from June 6 to 13, 2025.

Application GRANTED. The conference scheduled for May 28, 2025 is ADJOURNED to **June 3, 2025** at 11:00 a.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 25893458#. The Clerk of Court is directed to terminate ECF No. 33.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated:  May 27, 2025
New York, New York

I thank the Court for its consideration of this request.

                                                    Respectfully submitted,

                                                    JAY CLAYTON
                                                    United States Attorney for the
                                                    Southern District of New York
                                                    *Attorney for Defendant*

By:   */s/ Leslie A. Ramirez-Fisher*
        LESLIE A. RAMIREZ-FISHER
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-0378
        E-mail: leslie.ramirez-fisher@usdoj.gov

cc: Plaintiffs' counsel (by ECF)